**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| LESTER PAUL GENTIS | ) | BANKRUPTCY CASE NUMBER 06-11362 |
| MELISSA LELA GENTIS | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 5 | Teachers Credit Union<br>110 South Main Street<br>South Bend, Indiana   46601 | $ 3.52 |
| CLAIM # 12 | Von Maur<br>6565 Brady Street<br>Davenport, Iowa   52806 | $ 1.54 |
| CLAIM # 19 | eCAST Settlement Corporation<br>GE Money Bank / Lowes Consumer<br>Post Office Box 35480<br>Newark, New Jersey   07193-5480 | $ 4.17 |
| CLAIM # 20 | eCAST Settlement Corporation<br>GE Money Bank/JC Penney Consumer<br>Post Office Box 35480<br>Newark, New Jersey   07193-5480 | $ 4.40 |

**TOTAL:   $13.63**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of October, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

                                                                    /s/ Yvette Gaff Kleven
                                                                  Yvette Gaff Kleven